___

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

**THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**(ABERDEEN)**

| | |
|---|---|
| IN RE:<br>PRO LOGGING, INC.,<br>     Debtor. | Case No. 18-12388-JDW<br>Judge Jason D. Woodard<br>Chapter 11 |

**ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FILED BY COLONIAL FUNDING NETWORK, INC. AS THE SERVICING PROVIDER FOR MONEY WORKS DIRECT, INC. A/K/A SUPERSONIC FUNDING**

Before the Court is the motion of Colonial Funding Network, Inc. as the servicing provider for Money Works Direct, Inc. a/k/a Supersonic Funding ("Colonial"), to substitute Craig M. Geno and the Law Offices of Craig M. Geno, PLLC as counsel for Colonial in place of Erno D. Lindner and Baker, Donelson, Bearman, Caldwell & Berkowitz, PC ("Baker Donelson") in this proceeding (the "Motion"). The Court, having considered the Motion, finds that the Motion is well taken and for good cause shown should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Erno D. Lindner and Baker Donelson are hereby authorized to withdraw as attorney of record for Colonial and are

4835-8382-0148

discharged from any further responsibility herein.  Craig M. Geno and the Law Offices of Craig M. Geno, PLLC are hereby substituted for Erno D. Lindner and Baker Donelson as counsel of record for Colonial.

##END OF ORDER##

Submitted for Entry:

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

/s/ *Erno Lindner*
Erno Lindner (MS Bar No. 104073)
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
Phone  423.209.4206
Fax     423.752.9633
Email: elindner@bakerdonelson.com


*Withdrawing Attorneys for Colonial Funding Network, Inc. as the servicing provider for Money Works Direct, Inc. a/k/a Supersonic Funding*